LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
LAW OFFICES OF LYNN HUBBARD, III
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone: (530) 895-3252
Fax: (530) 894-8244

Attorneys for Plaintiff
JAMES SANFORD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES SANFORD,                                                   No. CIV. S-02-0480 MCE JFM

    Plaintiff,

v.                                                                            **ORDER**

THRIFTY PAYLESS INC. dba
RITE-AID CORPORATION, et al.

    Defendants.
_____/

    IT IS HEREBY ORDERED that judgment in this action is entered in favor of plaintiff and against defendant based on Plaintiff's Acceptance of Defendant Thrifty Payless, Inc. dba Rite Aid's Second Revised Offer of Judgment (with Defendant Thrifty Payless, Inc. dba Rite Aid's Second Revised Offer of Judgment dated May 23, 2005, attached as Exhibit "A") filed in the above-referenced matter on May 24, 2005. The entire case is dismissed with prejudice.

Dated: June 9, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 1 -